RECEIVED

2023 JUN 14  A 9: 42

TERI GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D METZ II, | ) |
| Plaintiff, | ) CASE NO. 1:22-CV-303-ECM-SMD |
| | ) |
| v. | ) |
| | ) |
| DONALD VALENZA, | ) **MOTION FOR ENTRY** |
| | ) **OF DEFAULT FINAL JUDGMENT** |
| Defendant. | ) |
| | ) |

Comes now the Plantiff George D. Metz II by and though himself in a pro se capcity to move this court for an entry of default judgement against the defendant Donald Valenza in accordance with the provisions of rule 55 (b) (2), Federal Rules of Civil Procedure, and in support thereof shows the court the following.

1. Substantive Merits and Sufficiency of the Complaint.

This instant action was brought by the Plantiff against the defendant for an unlawful detainment and first amendment retaliation. The whole incident was caught on camera leaving no fact in question. Its a well settled prinicipal of law that no detainment can occur without having a suspicion of criminal activity. The defendant himself admitted on camera that he was investigating a non crime of recording of public buildings. At no time did the defendant suspect the plantiff of any

criminal activity and was simply stopping us because he did not like the fact that we were recording.

2. Amount at Stake

Plantiff is seeking punitive compensation in the amount of $100,000 dollars. The reasons for this amount is based on what other cases of this nature have settled for and because of the authority defendant has as the top constitutional law enforcement officer of the county. If anyone should be knowledgeable about and protect the rights of citizens, it must be the defendant. Defendants actions show that he is either unaware of our constitutional protections or that he doesn't care. Either is unacceptable and needs to be punished, lest his employees feel they can get away with it.

3. Possibility of Prejudice

Potential prejudice to Plaintiffs favors granting a default judgment. If Plaintiffs' motion for default judgment is not granted, Plaintiffs will likely be without other recourse for recovery.

4. Possibility of Dispute

Upon entry of default, all well-pleaded facts in the complaint are taken as true, except those relating to damages. Accordingly, no genuine dispute of material facts would preclude granting Plaintiffs' motion.

5. Possibility of Excusable Neglect

Defendant was properly served with summons and complaint. Given Defendant's early participation in the matter, the possibility of excusable neglect is remote.

6. Policy for Deciding on the Merits

"Cases should be decided upon their merits whenever reasonably possible." Eitel, 782 F.2d at 1472. However, the mere existence of Fed.R.Civ.P. 55(b) indicates that "this preference, standing alone, is not

dispositive." Kloepping, 1996 WL 75314, at *3. Moreover, Defendant's failure to answer Plaintiffs' Complaint makes a decision on the merits impractical, if not impossible. Under Fed.R.Civ.P. 55(a), termination of a case before hearing the merits is allowed whenever a defendant fails to defend an action. Thus, "the preference to decide cases on the merits does not preclude a court from granting default judgment." Kloepping, 1996 WL 75314, at *3. Accordingly, the court is not precluded from entering default judgment against Defendant.

C. Relief Sought

Plaintiffs' demand for relief must be specific, pursuant to Fed.R.Civ.P. 8(a)(3). As discussed above, and further below, Plaintiff demands punitive compensation to punish the violation of his civil rights. The relief sought is consistent with the relief requested in the Complaint.

This case is unique in the fact that every moment was captured on video, leaving no facts to be assumed by either side. Its also unique in the fact the defendant admitted on video to detaining me for a non crime of "recording public buildings". I realize the defendant would like nothing better then to waste more taxpayers money, and mine and the courts time trying to prove something that he can never prove, that he didn't violate my rights. I can only assume that defense either doesn't take this case or this court seriously and hence why they took 2 months and only after getting a default notice did they bother to enter their answer. With two seasoned lawyers there really can't be an excuse as to why they never replied, seeing as how they fought so hard for their motion to dismiss.

## PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against defendant, and that defendant be order to pay punitive damages in the amount of $100,000 dollars for the violation of plantiffs civil rights.

## AFFIDAVIT

I, George Douglas Metz II do hereby certify that the statements and allegations set forth in the foregoing motion are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

GEORGE D. METZ II  *[signature] pro se*

George D Metz II Pro se
4980 se 140th st
Summerfield FL 34491
352-446-8145
patriotdiscussions@gmail.com

3



PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

U.S. POSTAGE PAID
PME 1-Day
SUMMERFIELD, FL
34491
JUN 12, 23
AMOUNT
$28.75
R2305P151707-03

36104

RDC 07

FOR DOMESTIC

UNITED STATES POSTAL SERVICE

PRIORITY MAIL EXPRESS®

EI 381 640 565 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (352) 446-8145

George Metz
4980 SE 140th St
Summerfield FL 34491

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (    )

Clerk of court
One church st
Montgomery AL

ZIP + 4® (U.S. ADDRESSES ONLY)
36104-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EP13F J
OD: 12 1

PEEL FROM THIS CORNER

hal destinations.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 34491
Scheduled Delivery Date (MM/DD/YY): 6/13/23
Postage: $28.75

Date Accepted (MM/DD/YY): 6/12/23
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: 
COD Fee:

Time Accepted: 231 ☐ AM ☒ PM
Return Receipt Fee:
Live Animal Transportation Fee:

Special Handling/Fragile:
Sunday/Holiday Premium Fee:
Total Postage & Fees: $28.75

Weight: ☒ Flat Rate
Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.