RECEIVED

2023 AUG 22 A 11: 08

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D METZ II, | ) |
| Plaintiff, | ) CASE NO. 1:22-CV-303-ECM-SMD |
| v. | ) |
| DONALD VALENZA, | ) **PETITION FOR ENTRY** |
| | ) **OF DEFAULT BY CLERK OF COURT** |
| Defendant. | ) |

Comes now the Plantiff George D. Metz II by and though himself in a pro se capcity to petition for an entry of default by the clerk of courts against the defendant Donald Valenza in accordance with the provisions of rule 55 (b) (2), Federal Rules of Civil Procedure, and in support thereof shows the court the following.

1. Defendant failed to respond in the time required.

As evidenced by the judges order dated May 31st 2023 (doc 26) the defendants have failed to file their answer in the required time limit allowed.

PRAYER

WHEREFORE, plaintiff prays that this clerk of court enters an order of default against the defendants.

AFFIDAVIT

I, George Douglas Metz II do hereby certify that the statements and allegations set forth in the foregoing motion are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

GEORGE D. METZ II

George D Metz II Pro se
4980 se 140th st
Summerfield FL 34491
352-446-8145
patriotdiscussions@gmail.com

3

Certificate of Service

I hereby certify that on this the 18th day of August 2023, i have placed a copy of this motion for default judgement in the mail postage perpaid to the following.

Capell & Howard, P.C.
150 South Perry Street
PO Box 2069
Montgomery, AL 36102-2069
Attn Rick Hill

George D. Metz II Pro Se
4980 se 140th st
summerfield FL 34991
352-446-8145
patriotdiscussions@gmail.com

George Metz
4980 SE 140th St
Summerfield FL 34491

Clerk of court
one church street
Montgomery AL 36104

JACKSONVILLE FL 320
18 AUG 2023 PM 2 L

36104-401801