IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE No. 1:22-cv-303-ECM |
| | ) |
| DONALD VALENZA, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On August 8, 2023, the Magistrate Judge entered a Recommendation (doc. 30) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and the Motion for Entry of Default Final Judgment (doc. 28) is DENIED. It is further

ORDERED that this case is referred back to the Magistrate Judge for further proceedings.

Done this 23rd day of August, 2023.

      /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE