RECEIVED

2023 DEC 26 A 11: 04

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D METZ II, )<br>Plaintiff, ) CASE NO. 1:22-CV-303-ECM-SMD<br>)<br>v. )<br>)<br>DONALD VALENZA, )<br>)<br>Defendant. )<br>_____) | **OBJECTION TO MAGISTRATE**<br>**REPORT AND RECOMMENDATION** |

Comes now the Plantiff George D. Metz II by and though himself in a pro se capcity to object to the mgistrates report and recommendation on my motion for default judgement against defendant Donald Valenza.

1. FOR GOOD CAUSE

The magistrate tells me that the default should be set aside for good cause, and then provides no good cause save for the fact that primary counsel was diagonised with some form of illness that must have struck the same day as their motion was denied and magically healed the same day the court directed the parties to provide an update on the remaining claims, as the answer was tendered the next day. Whats troubling to me is they say "she" Mot. (Doc 34) p. 5  para 19 to indicate Ashley, but clearly Richard Hill

is primary counsel. Even on the off chance he is not, there is no chance of me believing he could of not written the answer himself. If this isn't an intentional and reckless disreguard for the judicial proceedings then I dont know what is.

"However, if a party willfully defaults by displaying either an intentional or reckless disregard for the judicial proceedings, the court need make no other findings in denying relief". Compania Interamericana Export-Import, S. A., 88 F .3d at 952 (quoting Shepard Claims Service, Inc. v. Walliam Darrah Associates, 796 F .2d190, 194-95 (6th Cir. 1986))

## 2. PREJUDICE TO PLANTIFF

Plantiff objects to the magistrate saying that setting aside the default would not prejudice me because myself a pro se litigate with no training and just learning the basics of procedure didn't know how to move the case forward. I even read the rule wrong and filed for a default judgement first before getting the clerks default order. I however wont offer up easy to dispell excuses and instead chalk it up to my inexperence on procedure.

## 3. MERITORIOUS DEFENSE

There is no meritorious defense that the defendant could bring forth as all facts have been presented on video, where the defendant admited to detaining him on a public sidewalk for constitutionally protected activity. There is exactly zero chance he could present a defense or any new facts that the court doesnt already have before it.

For the reasons listed above i believe the court should not grant the magistrates recommendation, and grant my motion for default judgement.

## AFFIDAVIT

I, George Douglas Metz II do hereby certify that the statements and allegations set forth in the foregoing objection are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

*[signature]*

GEORGE D. METZ II

George D Metz II Pro se
4980 se 140th st
Summerfield FL 34491
352-446-8145
patriotdiscussions@gmail.com

Certificate of Service

I hereby certify that on this the ~~3rd~~ 18th day of ~~October~~ December 2023, i have placed a copy of this motion for default judgement in the mail postage perpaid to the following.

Capell & Howard, P.C.
150 South Perry Street
PO Box 2069
Montgomery, AL 36102-2069
Attn Rick Hill

George D. Metz II Pro Se
4980 se 140th st
summerfield FL 34991
352-446-8145
patriotdiscussions@gmail.com

George Metz
4980 SE 140th St
Summerfield FL
34491

JACKSONVILLE FL 320
19 DEC 2023 AM 2 L

Clerk of court
One church Street
Montgomery AL 36104

36104-401801