**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **GEORGE D. METZ II,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 1:22-CV-303-ECM-SMD |
| | ) |
| **SHERIFF DONALD VALENZA** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 20, 2024 Order (Doc. 41), Plaintiff George D. Metz, II and Defendant Donald Valenza (collectively the "Parties"), submit their joint status report as follows:

1. The Parties conferred via Zoom to discuss potential settlement of this matter on August 2, 2024. The parties were unable to reach a settlement.

2. The parties do agree to mediation with a United States Magistrate Judge.

Respectfully submitted, this 9th day of August, 2024.

                                                **/s/C. Richard Hill, Jr.**
                                                C. RICHARD HILL, JR. (HIL045)
                                                ASHLEY H. FREEMAN (FRE044)

Capell & Howard, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email: rick.hill@chlaw.com
       ashley.freeman@chlaw.com

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on this the 9th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have placed a copy of it in the United States Mail, postage prepaid to the following:

George D. Metz, II
4980 SE 140th Street
Summerfield, Florida 34491

              **/s/C. Richard Hill, Jr.**
              OF COUNSEL