IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGE D. METZ, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-303-ECM-SMD |
| | ) | |
| DONALD VALENZA, Sheriff, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER & NOTICE**

Upon consideration of the parties' Joint Status Report (Doc. 42), it is

ORDERED that this matter is referred to mediation before United States Magistrate Judge Kelly F. Pate. Judge Pate will enter a subsequent order advising the parties as to the details of mediation.

DONE this 26th day of August, 2024.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE