# 1:22-cv-00303-ECM-SMD
# Metz v. Valenza

PLAINTIFF'S EXHIBIT 2 IS A THUMBDRIVE WITH A VIDEO RECORDING.

THE THUMBDRIVE IS FILED IN CONVENTIONAL FORMAT AND AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE.