IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ, II, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:22-CV-303-ECM-SMD |
| | ) |
| DONALD VALENZA, Sheriff, | ) |
| | ) |
|    Defendant. | ) |

## **ORDER**

Through the district's Pro Se Assistance Program, the Court can appoint a volunteer lawyer to represent a pro se party <u>for the limited purpose</u> of preparing for and participating in mediation and any resulting settlement document preparation.

Accordingly, it is ORDERED that **Jonathan Corley** is appointed to represent Plaintiff in the mediation of this matter.

The Clerk is DIRECTED to send a copy of this Order to Jonathan Corley.

Done this 11th day of September, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE