IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ II, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:22-CV-303-ECM-SMD |
| SHERIFF DONALD VALENZA, | ) |
| Defendant. | ) |

## NOTICE OF CONVENTIONAL FILING

The undersigned counsel files this Notice of Conventional Filing because Exhibit 4 (Doc. 44-4) to the Evidentiary Submission in Support of Defendant's Motion for Summary Judgment (Doc. 43) is a video recording and cannot be electronically filed. The undersigned counsel has served all parties with a true and correct copy of Exhibit 4.

Respectfully submitted, this 23rd day of September, 2024.

C. RICHARD HILL, JR. (HIL045)
ASHLEY H. FREEMAN (FRE044)

Capell & Howard, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email: rick.hill@chlaw.com
       ashley.freeman@chlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of September 2024, I ~~electronically~~ filed the foregoing with the Clerk of the Court ~~using the CM/ECF system~~, and have placed a copy of it in the United States Mail, postage prepaid to the following:

George D. Metz, II
15301 NW 188th Street
Alachua, Florida 32615

_____
OF COUNSEL