IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:22-cv-303-ECM |
| | ) |
| DONALD VALENZA, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On October 9, 2024, the Court was informed that a settlement has been reached in this case. Accordingly, and for good cause, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, on the terms set out and agreed to by the parties. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. It is further

ORDERED that all pending motions are DENIED as moot, and all pending hearings and deadlines are terminated.

The Clerk of the Court is DIRECTED to close this case.

DONE this 10th day of October, 2024.

                                             /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE